

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

GERALD C. MANN
~~WILLIAM WILSON~~XXXXXX
ATTORNEY GENERAL

March 1, 1939

Hon. Joe Kunsohik
Commissioner of Labor
Bureau of Labor Statistics
Austin, Texas

Dear Sir:          Opinion No. 0-347
                   Re:  Operation of two employment agencies under
                        assumed named statute and Article 1588 of
                        the Penal Code. Article 1067 et seq. P. C.

Your request for an opinion as to whether Article 1588 of the Penal Code
would require both the names of "Commercial Employment Service" and
"Educator's Employment Service" when both are operated by one person, be
entered on stationery of this person and could the "Assumed Named Statute"
be so construed as to permit an agency to operate under two separate names,
has been received by this office.

For the purpose of this opinion we must assume from your letter that when
you speak of "an agency" you mean the person operating the agency or
agencies.

Chapter 7 of the Penal Code provides that no person or persons shall carry
on or conduct or transact business in this State under an assumed name,
unless he has complied with the provisions thereof.  There is nothing
therein, in our opinion, to prevent a person from transacting business under
as many assumed names as he desires.  The only limitation therein being
that the person must comply with the provisions of chapter 7 or be deemed
quilty of a criminal offense.

Article 1588 of the Penal Code is a regulatory statute, regulating the
carrying on of a business of an employment agency.  It provides, among
other things, that an employment agent shall not use any letterheads
or blanks unless they contain the name of such employment agent, and the
address of his employment office. "Employment Agent" is defined by Article
1584 of the Penal Code as meaning every person, firm, partnership or
association of persons engaged in the business of assisting employers to
secure employees and persons to secure employment, etc.

It is our opinion that there is nothing therein to prevent a person from operating two separate and distinct employment agencies from the same office. It is, therefore. our opinion that Article 1588 of the Penal Code does not require that the assumed name of each agency be shown on the stationery used. The only requirement being that the letterheads and blanks shall contain the name of the employment agent and the address of his employment office.

Yours very truly,

ATTORNEY GENERAL OF TEXAS

s/   Richard H. Cocke

By

Richard H. Cocke
Assistant

RHC:ob/cc:ldw

APPROVED:
s/GERALD C. MANN
ATTORNEY GENERAL OF TEXAS